In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY. LEON LEIGHTON, Appellant, Respondent; LOUIS H. PINK, Superintendent of Insurance

of the State of New York, as Liquidator of LAWYERS MORTGAGE COMPANY, Respondent, Appellant. Reorganization Managers of LAWYERS MORTGAGE COMPANY.— Orders, so far as appealed from, unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon and Untermyer, JJ.